UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY PARKS,

    Plaintiff,

v.                                           Case No. 3:19-cv-631-J-34PDB

CORIZON, LLC, et al.,

    Defendants.
_____

## ORDER

A plaintiff in a civil case has no constitutional right to counsel. A court may, however, pursuant to 28 U.S.C. § 1915(e)(1), appoint counsel for an indigent plaintiff in exceptional circumstances. See Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999). In determining whether to appoint counsel, a court may consider the type and complexity of the case and whether the plaintiff can adequately present his case. See Ulmer v. Chancellor, 691 F.2d 209, 213 (5th Cir. 1982); Smith v. Fla. Dep't of Corr., 713 F.3d 1059, 1065 n.11 (11th Cir. 2013).

On June 5, 2019, Plaintiff Larry Parks filed a motion for appointment of counsel (Motion; Doc. 6), in which Parks represents that he has limited access to the law library and is terminally ill due to the Hepatitis C virus (HCV),[1] complications from which have mentally and physically incapacitated him. Motion at 2. Given the nature of this case and Parks representations in the Motion, **appointment of counsel is warranted.** Therefore,

---

[1] Park's 42 U.S.C. § 1983 Complaint alleges Defendants failed to give him proper treatment for his HCV. See Doc. 1.

this case will be referred to the Jacksonville Division Civil Pro Bono Appointment Program so that the designated deputy clerk of this Court may seek counsel to represent Parks. Due to the limited resources of the program and the economy's impact upon those resources, the process of finding counsel may take some time. Therefore, the Court will stay and administratively close the case for sixty (60) days to try to find counsel. Parks must await this Court's notification to him as to when counsel has been found to represent him. In the meantime, the Court directs the parties to discuss this case and attempt to settle the case privately among themselves.

Therefore, it is now

**ORDERED**

1. This case is referred to the Jacksonville Division Civil Pro Bono Appointment Program so that the designated deputy clerk of this Court may seek counsel to represent Parks in this case. This case is **STAYED for sixty (60) days**, and the Clerk is directed to administratively close the case and terminate any pending motions.

2. The Clerk must provide a copy of this Order to the designated deputy clerk for the Jacksonville Division Civil Pro Bono Appointment Program

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of August, 2019.

MARCIA MORALES HOWARD
United States District Judge

Jax-8

C:
Larry Parks, FDOC #581520
Counsel of Record
Division Manager