UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY PARKS,

    Plaintiff,

v.                                            Case No. 3:19-cv-631-MMH-PDB

CORIZON, LLC, et al.,

    Defendants.

## **ORDER**

This cause is before the Court on Plaintiff Larry Parks' Motion to Stay Rulings (Motion to Stay; Doc. 111) and Defendants Corizon, LLC, and Corizon Health, Inc's, Motion for Enlargement of Time to File Reply in Support of Motion to Dismiss (Motion for Enlargement of Time; Doc. 114). In his Motion, Parks asks the Court to refrain from ruling on Defendant Centurion of Florida, LLC's, Motion to Dismiss (Doc. 98), filed on December 29, 2021, and Defendants Corizon, LLC, and Corizon Health, Inc's, Motion to Dismiss (Doc. 99), filed on December 30, 2021, for sixty days while he attempts to retain counsel.[1] Defendants do not object to the Motion. Notice of no Objection to

---

[1] Parks also asks the Court to refrain from ruling on a "Motion to Compel Discovery." Motion at 1. However, the Court notes that Defendants' Motions to Dismiss (Docs. 98, 99) are the only pending motions on the docket. The Court will direct the Clerk to send a copy of the docket sheet to Parks.

Plaintiff's Motion to Stay Rulings (Centurion Notice; Doc. 112); Defendants' Non-Objection to Plaintiff's Motion to Stay Rulings (Corizon Notice; Doc. 113).

In its Motion for Enlargement of Time, Defendants Corizon request an extension of time until June 13, 2022, to file a Reply to Plaintiff's Response (Doc. 110). Motion for Enlargement of Time at 3. Then on June 13, 2022, without awaiting entry of an order, Corizon filed its Reply (Doc. 115). The Court will strike the unauthorized Reply. Corizon is reminded that pursuant to Rule 3.01(d) of the Local Rules for the United States District Court, Middle District of Florida, it must seek leave of the Court to file a reply to a response to a motion to dismiss.

Additionally, in light of the stay, the Court will deny the Motion for Enlargement of Time without prejudice to Defendants Corizon filing a motion for leave to file a reply after the Court lifts the stay of the case. If counsel appears on behalf of Parks, counsel may ask to file a supplemental response to Defendants Corizon's Motion to Dismiss (Doc. 99). Thus, any request to file a reply should be deferred until Parks determines whether he will be able to obtain counsel.

2

Having considered the Motions and Notices, it is **ORDERED**:

1. Defendants Corizon, LLC, and Corizon Health, Inc.'s, Reply (Doc. 115) is **STRICKEN**.

2. Defendants Corizon's Motion for Enlargement of Time (Doc. 114) is **DENIED WITHOUT PREJUDICE**.

3. Plaintiff Larry Parks' Motion to Stay Rulings (Doc. 111) is **GRANTED** to the extent that the Court will stay and administratively close the case for a period of 60 days.

4. On or before **August 31, 2022**, Parks must file (1) a notice of appearance of counsel, or (2) a notice advising the Court if he is prepared to proceed.

5. The Court directs the Clerk to **administratively close** this case and to mail a copy of the docket sheet for the instant case to Parks.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of June, 2022.

MARCIA MORALES HOWARD
United States District Judge

3

Jax-9
C:   Larry Parks, #58120
     Counsel of record

4