UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:19-cv-00631-MMH-PDB

LARRY PARKS,

    Plaintiff,

v.

CORIZON, LLC, CORIZON HEALTH, INC., and JOHN DOES #1-4,

    Defendants.

_____/

**STATUS REPORT**

Defendant Corizon, LLC and Corizon Health, Inc. file this Status Report regarding bankruptcy as required by this Court's Order [ECF #123] Order as follows:

The stay remains in effect.

                By:    /s/ Gregg A. Toomey
                          Gregg A. Toomey
                          Florida Bar No. 159689

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail to the following:

Larry Parks, #581520
Suwannee C.I. Annex
5964 U.S. Highway 90
Live Oak, FL 32060
*Pro Se*

                                        THE TOOMEY LAW FIRM LLC
                                        *Attorneys for Defendants Corizon, LLC and Corizon Health, Inc.*
                                        The Old Robb & Stucky Building
                                        1625 Hendry Street, Suite 203
                                        Fort Myers, FL  33901
                                        Phone:  239.337.1630
                                        Fax:  239-337.0307
                                        Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

                                        By:     /s/ Gregg A. Toomey
                                                     Gregg A. Toomey
                                                     Florida Bar No. 159689